## Commonwealth *v.* Creeden et al., Appellants.

Before WESSEL, JR., J.

Argued November 12, 1974. *John H. Corbett, Jr.,* Trial Defender, with him *Stephen P. Swem,* Trial Defender, *John J. Dean,* Chief, Appellate Division, and *George H. Ross,* Public Defender, for appellant; *Robert L. Eberhardt,* Assistant District Attorney, with him *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

## Commonwealth *v.* Curges, Appellant.

Before SMITH, JR., J., without a jury.

Argued November 12, 1974. *N. Nowlis,* with him *John R. Cook,* Trial Defender, *John J. Dean,* Chief, Appellate Division, and *George H. Ross,* Public Defender, for appellant; *Louis R. Paulick,* Assistant District Attorney, with him *Robert L. Eberhardt,* Assistant District Attorney, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.